CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

APR 09 2008

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| SILVER RING SPLINT COMPANY,<br><br>*Plaintiff,*<br><br>v.<br><br>DIGISPLINT, INC.,<br><br>*Defendant.* | CIVIL NO. 3:06cv00065<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

For the reasons set forth in the accompanying Memorandum Opinion, Plaintiff's Motion for Partial Summary Judgment on the issue of Defendant's liability for copyright infringement (docket entry no. 30) is hereby GRANTED IN PART and DENIED IN PART.

With respect to Defendant's website as it existed in October 2006, Plaintiff's motion is hereby GRANTED. Thus, Defendant is hereby ADJUDGED liable for copyright infringement. Plaintiff's damages for this infringement remain to be decided at trial.

With respect to (1) Defendant's website as it existed in September 2007, (2) Defendant's handbill, and (3) the "Digisplint Canada" brochure, Plaintiff's motion is hereby DENIED. For each of these three works, the issues of both liability and damages remain for trial.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

Entered this 9th day of April, 2008.

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE