CLERK'S OFFICE U.S. DIST COURT
AT CHARLOTTESVILLE, VA
FILED

JUN 1 8 2008

JOHN F. CORCORAN, CLERK
BY:
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| SILVER RING SPLINT COMPANY,<br><br>*Plaintiff,*<br><br>v.<br><br>DIGISPLINT, INC.,<br><br>*Defendant.* | CIVIL NO. 3:06cv00065<br><br>JUDGMENT ORDER<br><br>JUDGE NORMAN K. MOON |

Based on the findings of fact and conclusions of law set forth in the accompanying Memorandum Opinion, the judgment in this matter is as follows:

1. judgment is hereby ENTERED in favor of Silver Ring on its claim of copyright infringement;

2. Silver Ring is hereby AWARDED statutory damages for copyright infringement in the amount of thirty-thousand U.S. dollars ($30,000.00);

3. Silver Ring is hereby AWARDED those costs and attorney's fees that it incurred directly in pursuit of its copyright infringement claim, but Silver Ring shall not recover its costs or attorney's fees incurred in relation to any other issue, including, but not limited to, Digisplint's dispute as to personal jurisdiction and Digisplint's counterclaims;

4. Digisplint is hereby PERMANENTLY ENJOINED from infringing Silver Ring's copyrights;

5. Digisplint's claim under Va. Code § 8.01-40 for the use of its name without consent is hereby DISMISSED WITH PREJUDICE;

6. judgment is hereby ENTERED in favor of Digisplint on its counterclaim of cybersquatting; and

7. Silver Ring is hereby PERMANENTLY ENJOINED from registering a domain name that is identical or confusingly similar to any mark owned by Digisplint.

This matter is hereby REFERRED to United States Magistrate Judge B. Waugh Crigler to determine the amount of costs and attorney's fees to be awarded to Silver Ring pursuant to this Judgment Order.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Judgment Order to all counsel of record.

Entered this 18th day of June, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Norman K. Moon
　　　　　　　　　　　　　　　　　　　　　　　　　　　　NORMAN K. MOON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE