CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

AUG 01 2008

JOHN F. CORCORAN, CLERK
BY: DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| SILVER RING SPLINT COMPANY, | ) | CASE NO. 3:06CV00065 |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| DIGISPLINT, INC., | ) | |
| Defendant. | ) | By: B. WAUGH CRIGLER |
| | ) | U.S. MAGISTRATE JUDGE |

For the reasons set forth in the undersigned's Memorandum opinion of even date, it is

ORDERED and ADJUDGED

as follows:

1. Plaintiff hereby is AWARDED, and it shall have and recover against the defendant the sum of $52,080.70 in attorneys' fees together with $1,522.23 in costs;[1]

2. The Clerk hereby is DIRECTED to record this award in the judgment book as part of the judgment heretofore entered against Digisplint by the Presiding District Judge.

The Clerk of the Court hereby is directed to send a certified copy of this Order to all counsel of record.

ENTERED: _____
United States Magistrate Judge

8-1-08
Date

---

[1] The total of the two amounts is $53,602.93.